IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUNDREY DARROUGH**                                                                                 **PLAINTIFF**

v.                                    Case No. 4:22-cv-00714-KGB

**KEVIN HAWKINS, Owner,**
**Star City Apartments,** *et al.*                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Aundrey Darrough's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court recommends dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g), and the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 29th day of August, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge